**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Romon Mandel THOMAS, Defendant–Appellant.**

No. 14–14896
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 22, 2015.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, Assistant U.S. Attorney, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, Plaintiff–Appellee.

Jennifer Hart, Federal Public Defender's Office, Pensacola, FL, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Romon Mandel Thomas, FCI Coleman Medium, Coleman, FL, for Defendant–Appellant.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

Randolph P. Murrell and Jennifer Anne Hart, appointed counsel for Romon Mandel Thomas in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Our independent review of the entire record reveals that counsels's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels's motion to withdraw is **GRANTED,** and Thomas's conviction and sentence are **AFFIRMED.**